FILED
2015 APR -3 PM 1:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Kenneth aaron Henderson
(562) 606-9163
P.O. Box 9002
Long Beach, California [90810]

'FEDERAL COURT'
UNITED STATES DISTRICT COURT
for the
Central District of California

LA CV15 2475 SVW (MRW)

i: a man;
*prosecutor*

Kenneth aaron Henderson **Plaintiff**

V.

Clara Shortridge Foltz Criminal Justice Center
Criminal Court Building
Lee Smalley Edmon, Chief Judge **Defendant**
&
Los Angeles County District Attorney
Jackie Lacey, District Attorney
&
Los Angeles County Public Defender
Ronald L. Brown, Chief Public Defender
**Wrongdoer (s)**

REGISTERED MAIL
RE 676 709 119 US

Nature of case: Claim
Claim: Trespass-Forgery
3 Bl. Comm. 378;
U.S. Const. Art. VI, cl.3.
25 C.J. §§ 344; 346;
2. Danv. 259
Blacks: 2nd. Ed. pg. 284
The bill of rights for united States Constitution, Articles: I; VII; IX; X
(verified)

---

i, require: a 'court of record: magistrate'; "trial by jury"

i: a man; claim:

- The said wrongdoers did trespass upon my indefeasible rights
- The causal agent of the trespass, comes by way of denial of due process and incarceration
- The trespass did and does cause harm and injury
- The commencement of the wrong and harm began on approximately April 24, 1983
- The wrong and harm continues to this day
- The said wrongdoers did commit [1]forgery
- The said wrongdoers did cause injury by failing / refusing to respond to Affidavits
- i, require that case number A390149 in the name HENDERSON KENNETH AARON be *vacated* in its entirety due to the trespass and forgery [*cf. 261* Kan. at 862, 934 P. 2d. 58]
- The trespass and forgery has continued for over thirty two (32) years
- i, require the re-payment of all court fees
- i, require compensation for the initial and continual forgery and trespass upon my rights, injuries; compensation due: Five Hundred ($500,000,000.00) Million Dollars

i, say here, and will verify in open court, that all herein be true.

Autograph:> _____
Movant- Kenneth aaron Henderson, sui Juris

---

[1] Forgery at Common Law has been held to be 'the fraudulent making and alteration of a writing to the prejudice of another man's right'. A more modern writer defined it as, 'a false making; a making malo animo, or any written instrument, for the purpose of fraud and deceit'.

PAID
APR - 3 2015
Clerk, US District Court
COURT 4612